# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA

      Plaintiff,                             Case No. 23-cr-20516
                                               Hon. Matthew F. Leitman

-vs-

JOHNATHAN MANCIEL,

      Defendant.

_____/

## EX PARTE ORDER PERMITTING ATTORNEY LAPTOP COMPUTER INTO SANILAC COUNTY JAIL OR OTHER DETENTION FACILITY AND ALLOWING FOR REVIEW OF ELECTRONIC DISCOVERY ON LAPTOP COMPUTER DURING ATTORNEY CLIENT MEETING

IT IS ORDERED that attorney Mitchell T. Foster shall be permitted to bring a laptop or iPad into the Sanilac County Jail or into any other facility where Johnathan Manciel may be housed as a federal inmate while in custody pending the resolution of the above captioned proceedings, to be used during an attorney client visit to review electronic discovery provided by the government. The laptop or iPad shall be taken out of the jail or facility by Mr. Foster at the conclusion of the visit and not be left with Mr. Manciel.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  November 8, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 8, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126