UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 23-cr-20516
Hon. Matthew F. Leitman

v.

JOHNATHAN MANCIEL,
a/k/a Johnathan Lavon Manciel,

      Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS ILLEGALLY OBTAINED EVIDENCE (ECF #16)

On December 18, 2023, the Court held a hearing on Defendant's Motion to Suppress Illegally Obtained Evidence. (See Mot., ECF No. 16.)  For the reasons explained on the record during the hearing, the motion is DENIED.

    IT IS SO ORDERED.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  December 20, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2023, by electronic means and/or ordinary mail.

                                s/Holly A. Ryan
                                Case Manager
                                (313) 234-5126