UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　　Case No. 23-cr-20516
　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman

v.

JOHNATHAN MANCIEL,

    Defendant.
_____/

### ORDER DENYING MOTION BOND (ECF #26)

On December 217, 2023, Counsel for Defendant filed a Motion for Bond (the "Motion"). (*See* ECF #26).  The Court held a hearing on the Motion on February 7, 2024.  For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

                                      /s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  February 7, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 7, 2024, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126